| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 8:05-Cr-25-T-17-TBM |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 08 00047 JF |

**Filed FEB 01 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ronald B. Griffin<br>1518 Costa Street<br>Seaside, California 93955 | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE<br>The Honorable James D. Whittemore | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | October 3, 2007 — April 2, 2009 |

**OFFENSE**

Robbery

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

1/18/08
Date

*/s/ J. Whittemore*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-31-08
Effective Date

United States District Judge